2001 OK 104

**Representative Fred MORGAN, Minority Floor Leader of the Oklahoma House of Representatives, et al., Petitioners,**

v.

**Tom DAXON, Director of State Finance, and Robert Butkin, State Treasurer, Respondents.**

No. 96,613.

Supreme Court of Oklahoma.

Dec. 13, 2001.

*ORDER*

We hold that the Joint Motion of All Parties to Stay Writ of Prohibition's Effectiveness thru February 15, 2002, is HEREBY GRANTED.

Today's order constitutes the Court's pronouncement that foreshadows its unwillingness to act as an accommodating agent in future invalid approprations controversies by postponing the effective date of the nullifying opinion.

All Justices concur.